McGivney Kluger Clark & Intoccia, P.C.
A COMMITMENT TO EXCELLENCE

**1650 ARCH STREET, SUITE 1800**
**PHILADELPHIA, PENNSYLVANIA 19103**
**(215) 557-1990 – TELEPHONE**
**(215) 557-7590 – FACSIMILE**
**www.mkcilaw.us.com**

Linell M. Lukesh, Esquire
Email: llukesh@mkcilaw.us.com

March 29, 2021

**VIA E-FILING**
The Honorable Jennifer P. Wilson
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108

**RE: Bernard J. Carl v. Treasured Motorcar Services, LTD.**
**U.S. District Court for the Middle District of Pennsylvania**
**Case No: 1:20-cv-02053-JPW**

Dear Judge Wilson,

I represent the Plaintiff in the above-referenced matter. Please be advised that this matter has been settled and ask that the docket be marked accordingly.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Linell M. Lukesh*

Linell M. Lukesh, Esquire

LML/
cc: Jack M. Hartman, Esquire (via e-mail: jhartman@cgalaw.com)